UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Rukhsanah L. Singh |
| | : | |
| v. | : | Mag. No. 25-14058 (RLS) |
| | : | |
| AARON MORROW | : | CRIMINAL COMPLAINT |

I, James Wolfe, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ James Wolfe         ///mjb
James Wolfe, Special Agent
Federal Bureau of Investigations

Attested to me by telephone,
pursuant to FRCP 4.1(b)(2)(A)

December 15, 2025,
in the District of New Jersey,

_____
HONORABLE RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE

RECEIVED
DEC 15 2025
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

## ATTACHMENT A

Between in or around October 2023 and in or around February 2025, in Ocean County, in the District of New Jersey, and elsewhere, the defendant,

### AARON MORROW,

did knowingly and willfully transport, transmit, and transfer, in interstate and foreign commerce from in or around McDonough, Georgia, to Lakewood, New Jersey, stolen goods, wares and merchandise, that is, medical devices owned by VICTIM COMPANY-1, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

In violation of Title 18, United States Code, Section 2314.

ATTACHMENT B

I, James Wolfe, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have participated in this investigation, discussed this matter with other law enforcement officers, and have reviewed documents and other materials. Accordingly, I have personal knowledge of the facts set forth below. Because this criminal complaint is being submitted only for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause. Unless specifically indicated, all conversations and statements described in this complaint are related in sum and substance and in part, and all dates and figures are approximate.

1. As further set forth below, between in or around October 2023 and February 2025, Aaron Morrow ("MORROW"), a Georgia-based employee of VICTIM COMPANY-1, diverted medical devices that were manufactured and otherwise owned by VICTIM COMPANY-1 and privately sold them to an identified co-conspirator (CO-CONSPIRATOR-1) in or around Ocean County, New Jersey. CO-CONSPIRATOR-1 then resold the products at a profit, and at VICTIM COMPANY-1's expense.

**BACKGROUND**

2. VICTIM COMPANY-1 is an Illinois-headquartered company that provides medical-surgical products and healthcare-related supply chain solutions. Relevantly, VICTIM COMPANY-1 maintains certain distribution facilities in or around McDonough, Georgia (the "McDonough Distribution Center").

3. MORROW is a resident of Atlanta, Georgia. Between in or around September 2020 and August 2025, VICTIM COMPANY-1 employed MORROW at the McDonough Distribution Center. Between approximately April 2024 through approximately August 2025, MORROW was a supervisor at the McDonough Distribution Center.

4. CO-CONSPIRATOR-1 is a resident of Manchester, New Jersey. CO-CONSPIRATOR-1 owns and operates COMPANY-2, a limited liability company based in Lakewood, New Jersey that purports to sell wholesale quantities of medical products. COMPANY-2 is not affiliated in any way with VICTIM COMPANY-1.

5. Between in or around February 2025 and April 2025, VICTIM COMPANY-1 reported the following to federal law enforcement officers:

   a. In or around February 2025, Amazon notified VICTIM COMPANY-1 that one of Amazon's vendors, COMPANY-2, was

3

    selling VICTIM COMPANY-1's products on Amazon. COMPANY-2 was not, and never was, an authorized reseller of VICTIM COMPANY-1's products.

b. Upon receiving this notification from Amazon, VICTIM COMPANY-1 commenced an internal investigation into COMPANY-2's unauthorized sale of VICTIM COMPANY-1's products. As part of this investigation, VICTIM COMPANY-1's security team purchased VICTIM COMPANY-1 products from COMPANY-2 over Amazon. After receiving the products, VICTIM COMPANY-1's security team determined that the box in which the team received the products had multiple shipping labels. These shipping labels included both: (i) information concerning the shipment from the McDonough Distribution Center to COMPANY-2 and (ii) information concerning the shipment from COMPANY-2 to VICTIM COMPANY-1's security team.

c. As explained by VICTIM COMPANY-1 representatives, prior to approximately January 28, 2025, employees at the McDonough Distribution Center would print Federal Express ("FedEx") shipping labels for VICTIM COMPANY-1 products at terminals located throughout the McDonough Distribution Center. These terminals were broadly accessible to and used by employees at the McDonough Distribution Center, and permitted terminal users to create new FedEx labels and edit existing labels.

d. On or about January 28, 2025, VICTIM COMPANY-1 began to modify its shipping processes with the intention of limiting employee theft of VICTIM COMPANY-1 products.

e. Based on VICTIM COMPANY-1's review of certain information, including information provided to it by Amazon, information provided to it by FedEx, and internal company emails, VICTIM COMPANY-1 identified MORROW as an individual of interest to the investigation.

**THE INVESTIGATION**

6. Documents that law enforcement obtained through lawful process indicate that, between approximately October 2023 and February 2025, an individual or individuals located at the McDonough Distribution Center printed, and then used, approximately 6,400 FedEx shipping labels addressed to COMPANY-2 with a delivery address of a warehouse located in Lakewood, New

Jersey.[1]   Because COMPANY-2 was not an authorized reseller of VICTIM COMPANY-1 products, VICTIM COMPANY-1 did not authorize any shipments to COMPANY-2 from the McDonough Distribution Center.

7.   In connection with the investigation, law enforcement obtained and reviewed (i) certain emails sent to or from MORROW's corporate email address (the "MORROW Work Email Account"); (ii) certain emails sent to or from an email address believed to belong to MORROW (the "MORROW Personal Email Account")[2]; and (iii) certain emails sent to or from an email address believed to belong to CO-CONSPIRATOR-1 (the "CO-CONSPIRATOR-1 Email Account")[3].  I summarize below certain aspects of that review:

> a. In or around July 2023, eBay user "MedExpressSale" began offering certain VICTIM COMPANY-1 products for sale. In emails from eBay to the MORROW Personal Email Account, eBay identified the user of the account as "Aaron Morrow (medexpresssale)." Subscriber and billing information from eBay for MedExpressSale reflects that the account was registered to "Aaron Morrow," and has been since in or around May 2023. MORROW's residential address was also associated with the MedExpressSale eBay account.

---

[1]   In addition to COMPANY-2, another authorized reseller of VICTIM COMPANY-1 equipment operated out of the Lakewood, New Jersey warehouse address. Despite this shared location, the records specifically identified COMPANY-2—not the authorized reseller—as the addressee of the 6,400 FedEx shipping labels.

[2]   Subscriber and billing information that law enforcement obtained concerning the MORROW Personal Email Account, as further supported by law enforcement's review of certain emails sent to or from the MORROW Personal Email Account, corroborate that MORROW in fact used the MORROW Personal Email Account. For example, credit cards associated with the MORROW Personal Email Account were in MORROW's name, and a recovery email address associated with the MORROW Personal Email Account was subscribed in MORROW's name.

[3]   Subscriber and billing information that law enforcement obtained concerning the CO-CONSPIRATOR-1 Email Account, as further supported by information provided to law enforcement by Amazon and law enforcement's review of certain emails sent to or from the CO-CONSPIRATOR-1 Email Account Personal Email Account, corroborate that CO-CONSPIRATOR-1 in fact used the CO-CONSPIRATOR-1 Email Account. For example, credit cards associated with the CO-CONSPIRATOR-1 Email Account were in CO-CONSPIRATOR-1's name.

b. In or around October 2023, eBay user "cjdeals18"[4] communicated with MedExpressSale over eBay and purchased certain VICTIM COMPANY-1 products. By way of example of one transaction, on or about October 31, 2023, MedExpressSale sent COMPANY-2 an eBay-generated invoice concerning the transaction. The invoice reflected a shipment from MedExpressSale to COMPANY-2, at a location in Lakewood, New Jersey. The invoice indicated that COMPANY-2 owed MedExpressSale $2,454.08 in return for 30 units of VICTIM COMPANY-1-brand gloves. This appears to be the first instance of MORROW, by way of MedExpressSale, selling products to CO-CONSPIRATOR-1.

c. Between in or around October 2023 and May 2025, MORROW, via MedExpressSale, sent COMPANY-2 numerous invoices reflecting the sale of VICTIM COMPANY-1 products. During that period, CO-CONSPIRATOR-1 sent MORROW at least $233,957.37 via MORROW's known PayPal account.

d. During this period, MORROW, via MedExpressSale, sold VICTIM COMPANY-1 products to other users via eBay, in addition to the products that he sold to CO-CONSPIRATOR-1.

e. On or about September 20, 2024, Amazon informed CO-CONSPIRATOR-1 that Amazon placed COMPANY-2 under review due to Amazon's concerns that COMPANY-2 was violating certain of Amazon's policies. In connection with this review, Amazon requested, among other things, proof that MedExpressSale in fact purchased its wares from VICTIM COMPANY-1. On or about September 21, 2024, the MORROW Personal Email Account emailed itself a VICTIM COMPANY-1 invoice with the subject line: "test". The invoice appeared to be a generic template of a VICTIM COMPANY-1 invoice. Approximately an hour later, the MORROW Personal Email Account emailed itself an apparently forged invoice reflecting MedExpressSale's purported purchase of certain VICTIM COMPANY-1 products from VICTIM COMPANY-1 (the "Forged Invoice"). On or about the following day, September 22, 2024, the CO-CONSPIRATOR-1 Email Account emailed itself the Forged Invoice. The CO-CONSPIRATOR-1 Email Account then emailed

---

[4] Subscriber and billing information from eBay that law enforcement obtained concerning cjdeals18 reflects that the account was registered to CO-CONSPIRATOR-1's name since in or around August 2022. CO-CONSPIRATOR-1's residential address and the CO-CONSPIRATOR-1 Email Account were also associated with the cjdeals18 eBay account.

the Forged Invoice, among other documents, to Amazon. Amazon was satisfied by CO-CONSPIRATOR-1's response and closed its inquiry into COMPANY-2.

f. On or about February 10, 2025, shortly after VICTIM COMPANY-1 modified its shipping processes with the intention of limiting product losses, the CO-CONSPIRATOR-1 Email Account sent the MORROW Personal Email Account an email with the subject: "Shipping labels for invoice 0584". Attached to that email were numerous shipping labels reflecting:

   i. That the items to be shipped were shipping directly from VICTIM COMPANY-1, care of specific VICTIM COMPANY-1 employees.

   ii. That the items to be shipped were to be shipped to a recipient address of a warehouse located in Lakewood, New Jersey.

g. On or about February 12, 2025:

   i. The MORROW Personal Email Account emailed the MORROW Work Email Account an excel spreadsheet that listed 16 VICTIM COMPANY-1 products, their stock keeping unit information ("SKU"), and a column for "proposed price." The metadata for the excel file reflected that CO-CONSPIRATOR-1 was the "Author" of the file, and that it was "Last Modified By" CO-CONSPIRATOR-1. Based on my training and experience, "Author" metadata indicates the individual or account who created the original version of a document.

   ii. Approximately one hour later, the MORROW Work Email Account replied to the email from the MORROW Personal Email Account. In the reply, the sender attached an excel file nearly identical to that which was sent to the address earlier in the day. However, this spreadsheet included a new column entitled "Total Available Cases," with entries in amounts between 0 and 30, depending on the associated SKU. The metadata for the excel file reflected that CO-CONSPIRATOR-1 was the "Author," and that it was "Last Modified By" MORROW.

h. In or around April 2025, MedExpressSale stopped engaging with potential customers on eBay. On or about May 4, 2025, cjdeals18 wrote to MedExpressSale: "Hi it's

7

[CO-CONSPIRATOR-1] at [COMPANY-2]. Are we still in business?" MedExpressSale did not respond to the message.

8. VICTIM COMPANY-1 has confirmed that MedExpressSale was not, and never was, an authorized reseller of VICTIM COMPANY-1's products.